UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND, TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE FUND,<br><br>    Plaintiffs,<br>v.<br><br>CAPITOL WASTE SERVICES, INC., EZ DISPOSAL AND RECYCLING, LLC, & EZ DISPOSAL SERVICE, INC.<br><br>    Defendants. | Civ. A. 1:21-cv-11823-GAO |

## NOTICE OF APPEARANCE

Please enter the appearance of Luke Liacos on behalf of New England Teamsters and Trucking Industry Pension Fund and Teamsters Union 25 Health Services and Insurance Fund, in the above-captioned matter.

Dated: March 21, 2022

Respectfully submitted,

NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND; TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE FUND
By its Attorney,

/s/ Luke Liacos
Luke Liacos, Esq., BBO #693706
Feinberg, Dumont & Brennan
177 Milk Street, Suite 300
Boston, MA 02109
Phone: (617) 338-1976
Fax: (617) 338-7070
Email: lgl@fdb-law.com

**CERTIFICATE OF SERVICE**

I, Luke Liacos, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) on March 21, 2022.

Dated: March 21, 2022                                    /s/ Luke Liacos
                                                                     Luke Liacos, Esq., BBO #693706